No. 04-02-00493-CV



IN RE Amy SWINDELLS



Original Mandamus Proceeding


Arising from the 399th Judicial District Court, Bexar County, Texas


Honorable Juanita Vasquez-Gardner, Judge Presiding



PER CURIAM


Sitting: Phil Hardberger, Chief, Justice

 Catherine Stone, Justice

 Sandee Bryan Marion, Justice


Delivered and Filed: July 17, 2002


PETITION FOR WRIT OF MANDAMUS DENIED

 The court has considered relator's petition for writ of mandamus and motion for temporary
relief. The court is of the opinion that relief should be denied. Accordingly, relator's petition for
writ of mandamus and motion for temporary relief are denied. Relator shall pay all costs incurred
in this proceeding.

 PER CURIAM

DO NOT PUBLISH